| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-14088-AMC

BIBI S. AZEEZ  
247 W. SULIS STREET  
PHILADELPHIA  PA    19120

Petition Filed Date: 06/07/2016  
341 Hearing Date: 09/16/2016  
Confirmation Date: 01/11/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $350.00 | | 01/28/2019 | $350.00 | | 02/26/2019 | $350.00 | |
| 03/27/2019 | $350.00 | | 04/25/2019 | $350.00 | | 05/29/2019 | $350.00 | |
| 06/26/2019 | $350.00 | | 07/29/2019 | $350.00 | | 09/03/2019 | $352.00 | Monthly Plan P |
| 10/02/2019 | $352.00 | | 10/30/2019 | $352.00 | | 12/02/2019 | $352.00 | |
| 01/07/2020 | $352.00 | | 02/03/2020 | $352.00 | | 03/02/2020 | $352.00 | |
| 04/07/2020 | $352.00 | | 05/05/2020 | $352.00 | | 06/02/2020 | $352.00 | |
| 07/06/2020 | $1,000.00 | | 07/30/2020 | $1,600.00 | | | | |

**Total Receipts for the Period: $8,920.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $3,292.50 | $171.35 | $3,121.15 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,962.87 | $154.19 | $2,808.68 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $729.65 | $37.97 | $691.68 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $4,437.66 | $230.94 | $4,206.72 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $64.04 | $64.04 | $0.00 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Secured Creditors | $11,763.89 | $11,763.89 | $0.00 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $3,907.00 | $3,907.00 | $0.00 |

**Chapter 13 Case No. 16-14088-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,420.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $16,329.38 | Arrearages: | ($1,920.00) |
| Paid to Trustee: | $1,650.62 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $1,440.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.