```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                         Case No. 16-14088-amc
Bibi S. Azeez                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Christina          Page 1 of 2              Date Rcvd: Sep 23, 2020
                            Form ID: 138NEW          Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db            +Bibi S. Azeez,    247 W. Sulis Street,    Philadelphia, PA 19120-3830
cr            +JPMorgan Chase Bank, et al.,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,
               3600 Horizon Boulevard,    Suite 150,    King of Prussia, PA 19406-4702
cr            +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13920926      +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13740555      +Michael Ratchford,    409 Lackawanna Avenue Suite 3C,    Scranton, PA 18503-2059
13740556      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13740558      +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:54     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:38
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2020 05:21:44     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13740552       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2020 05:19:32
               Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13754779       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2020 05:19:32
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13837630       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 24 2020 05:20:45
               JPMorgan Chase Bank, National Association, et al,    Chase Records Center,
               Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
13740553       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 24 2020 05:19:31     Chase Mtg,
               Po Box 24696,    Columbus, OH 43224
13764783      +E-mail/Text: dbogucki@trumark.org Sep 24 2020 05:21:58     TruMark Financial Credit Union,
               335 Commerce Drive, PO Box 8127,    Ft. Washington, PA 19034-8127
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13921065*     +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13740554*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
              (address filed with court:   Chase Mtg,    Po Box 24696,    Columbus, OH 43224)
13837955*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
              (address filed with court:   JPMorgan Chase Bank, National Association, et al,
               Chase Records Center,    Attn: Correspondence Mail,    Mail Code: LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203)
13740557*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13740559*     +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Christina              Page 2 of 2                    Date Rcvd: Sep 23, 2020
                                Form ID: 138NEW              Total Noticed: 15
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Bibi S. Azeez dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, et al. pa-bk@logs.com
        KRISTEN D. LITTLE    on behalf of Creditor    JPMorgan Chase Bank, et al. pabk@logs.com,
        klittle@logs.com
        MARY JACQUELINE LARKIN    on behalf of    TruMark Financial Credit Union mjlarkin@ohaganmeyer.com,
        jpitner@ohaganmeyer.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
        in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed
        Certificates, Series 2006-2 bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
        trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates,
        Series 2006-2 bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bibi S. Azeez

        Debtor(s)                                               Bankruptcy No: 16−14088−amc

                                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                   Suite 400
                               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 9/23/20

                                                                                         42 − 41
                                                                    Form 138_new